<pre>
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  ROBERT ERIC LACEY,              )  NO. EDCV 08-00843 SJO (SS)
                                    )
12              Petitioner,         )  **ORDER ADOPTING FINDINGS,**
                                    )
13       v.                         )  **CONCLUSIONS AND RECOMMENDATIONS**
                                    )
14  M.C. KRAMER, Warden,            )  **OF UNITED STATES MAGISTRATE JUDGE**
                                    )
15              Respondent.         )
    _____)
16
</pre>

17      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,
18 all of the records and files herein, the Magistrate Judge's Report and
19 Recommendation, and Petitioner's Objections.  After having made a <u>de
20 novo</u> determination of the portions of the Report and Recommendation to
21 which Objections were directed, the Court concurs with and adopts the
22 findings, conclusions, and recommendations of the Magistrate Judge.
23 \\
24 \\
25 \\
26 \\
27 \\
28 \\

1  Accordingly, IT IS ORDERED THAT:

3  1.  The Petition is DENIED and Judgment shall be entered dismissing
4  this action with prejudice.

6  2.  The Clerk shall serve copies of this Order and the Judgment
7  herein by United States mail on Petitioner.

9  DATED: April 22, 2009

*S. James Otero*
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

2