**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROBERT ERIC LACEY, | ) | NO. EDCV 08-00843 SJO (SS) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| M.C. KRAMER, Warden, | ) | |
| Respondent. | ) | |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 22, 2009

*S. James Otero*
───────────────────────────
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE